DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
EVAN S. GAINES, ESQ. SBN 287668
evan@gaineslawfirm.com
GAINES & GAINES, APLC
4550 E. Thousand Oaks Blvd., Suite 100
Westlake Village, CA 91362
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff
PATRICK RICHARDSON

THEODORA R. LEE, SBN 129892
tlee@littler.com
JENNIFER W. MAGUIRE, SBN 288875
jmaguire@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone:     (925) 932-2468
Fax No.:        (415) 520-9825

Attorneys for Defendant
INDIAN HEAD INDUSTRIES, INC. DBA MGM BRAKES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK RICHARDSON, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 *et seq.*,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HEAD INDUSTRIES, INC., a Delaware corporation, d/b/a MGM BRAKES, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 4:22-cv-00856-KAW<br><br>**STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND REMAND CASE TO STATE COURT**<br><br>[Filed Concurrently With: Declaration of Evan S. Gaines In Support of Stipulation; Proposed Order] |

# S T I P U L A T I O N

Plaintiff Patrick Richardson ("Plaintiff") and Defendant Indian Head Industries, Inc. dba MGM Brakes ("Defendant") (collectively, the "Parties") through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on January 6, 2022, Plaintiff, on behalf of himself and all "aggrieved employees" under the Private Attorneys General Act ("PAGA"), filed a Representative Action in the Superior Court of California, County of Sonoma, Case No. SCV-269965 ("the Complaint") against Defendant alleging violations of California Labor Code §§ 201, 202, 226(a), 226.3, 510, 558, and 1194 and seeking penalties under California Labor Code § 2699(f) and § 2699(a).

**WHEREAS**, Defendant filed its Answer to the Complaint on February 7, 2022 and removed the matter to this Court on February 9, 2022 on the basis of federal preemption;

**WHEREAS**, the Parties mediated this matter on December 1, 2022 with mediator David Phillips, Esq. and reached a tentative agreement to resolve it;

**WHEREAS**, Each party is to bear their own fees and costs associated with the remand;

**WHEREAS,** as part of their compromise, the Parties have agreed to allow Plaintiff to amend the Complaint in this matter with a First Amended Complaint ("FAC") that only alleges claims under Labor Code §§ 226(a)(6), 226(a)(9), and 226.3, and to dismiss *without prejudice* all other claims alleged under the PAGA, which were subject to preemption;

**WHEREAS,** a copy of the FAC, which Plaintiff seeks to file is attached as Exhibit A to the Declaration of Evan S. Gaines, filed concurrently herewith.

///
///
///
///
///
///
///
///

- 1 -

**NOW, THEREFORE**, the Parties stipulate and respectfully request that this Court issue an order (1) permitting Plaintiff to file the attached FAC, (2) deeming the FAC filed and served, and (3) remanding the case to the Superior Court for the State of California, County of Sonoma.

**IT IS SO STIPULATED**.

Dated: April 26, 2023	LITTLER MENDELSON, P.C.

　	*/s/ Jennifer Maguire (as authorized 4/26/23)*
　	THEODORA R. LEE
　	JENNIFER W. MAGUIRE

　	Attorneys for Defendant
　	INDIAN HEAD INDUSTRIES, INC.
　	DBA MGM BRAKES

Dated: April 26, 2023	GAINES & GAINES, APLC

　	*/s/ Evan S. Gaines*
　	DANIEL F. GAINES, ESQ.
　	ALEX P. KATOFSKY, ESQ.
　	EVEN S. GAINES, ESQ

　	Attorneys for Plaintiff
　	PATRICK RICHARDSON