DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
EVAN S. GAINES, ESQ. SBN 287668
evan@gaineslawfirm.com
GAINES & GAINES, APLC
4550 E. Thousand Oaks Blvd., Suite 100
Westlake Village, CA 91362
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff PATRICK RICHARDSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RICHARDSON, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 et seq., <br><br> Plaintiff, <br><br> v. <br><br> INDIAN HEAD INDUSTRIES, INC., a Delaware corporation, d/b/a MGM BRAKES, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 4:22-cv-00856-KAW <br><br> **ORDER GRANTING STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND REMAND CASE TO STATE COURT** |

1

Plaintiff Patrick Richardson ("Plaintiff") and Defendant Indian Head Industries, Inc.'s ("Defendant") Stipulation to Permit the filing of a First Amended Complaint and Remand this matter to State Court ("Stipulation"), along with the Declaration of Evan S. Gaines, has been submitted and considered by this Court.

The Court, having reviewed the Stipulation and any and all supporting papers, hereby ORDERS that:

1. Plaintiff may file the First Amended Complaint attached as Exhibit A to the Declaration submitted by Evan S. Gaines; and

2. The First Amended Complaint is deemed filed and served as of the date of this Order; and

3. The Action is hereby remanded to the Superior Court of California for the County of Sonoma.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 2, 2023

*[signature]*
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE